AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

SEALED

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Tammy Morgan | ) |
| | ) Case No.   1:22-mj-00821 |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 19, 2021_____ in the county of _____Marion_____ in the _____Southern_____ District of _____Indiana_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Transmitting a threat through interstate communications |
| 18 U.S.C. § 115(a)(1)(b) | Influencing, impeding, or retaliating against a federal official by threatening the federal official |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____/s/ Benjamin M. Labuz_____
*Complainant's signature*

_____Benjamin M. Labuz, Special Agent, FBI_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by_____
_____telephone_____ (*reliable electronic means*)

Date: _____9/20/2022_____

City and state: _____Indianapolis, Indiana_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT AND ARREST WARRANT

I, BENJAMIN M. LABUZ, being duly sworn according to law, depose and state as follows:

## INTRODUCTION

1.   I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since February 2013.  Prior to my employment with the FBI, I was a Special Agent with the Department of Veterans Affairs, Office of Inspector General, Criminal Division. I have completed the FBI's New Agent Course and the Federal Law Enforcement Training Center's Criminal Investigation Training Program. In addition, I have completed numerous advanced training courses related to criminal investigations and the use of sophisticated techniques. During my employment with the Department of Veterans Affairs and FBI I have investigated public corruption, civil rights violations, health care fraud, drug crimes, white collar crime, and violent crimes, among other criminal violations. I am currently assigned to the FBI Violent Crimes Task Force in the Indianapolis Field Office of the FBI. In this assignment, I investigate all manner of violent crimes to include threats against federal employees.

2.   This affidavit is submitted in support of an application for a Warrant for the arrest of Tammy Morgan ["MORGAN"], white female, date of birth XX-XX-1967. Based on my training and experience, and based on the facts below, there is probable cause to believe MORGAN violated 18 U.S.C. § 115(a)(1)(B) – influencing, impeding, or retaliating against a federal official by threatening the federal official and 18 U.S.C. § 875(c) – Transmitting a Threat through Interstate Communications.

3.   18 U.S.C. § 115(a)(1)(B) provides, in part, whoever threatens to assault, kidnap, or murder, a United States official, a United States judge, a Federal law enforcement officer, or an official whose killing would be a crime under such section, with intent to impede, intimidate, or

interfere with such official, judge, or law enforcement officer while engaged in the performance of official duties, or with intent to retaliate against such official, judge, or law enforcement officer on account of the performance of official duties, shall be punished as provided in subsection (b).

4.   18 U.S.C § 875(c) provides, in part, whoever transmits in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another, shall be fined under this title or imprisoned not more than five years, or both.

## BACKGROUND OF THE INVESTIGATION

5.   VICTIM 1 is employed as a Probation Officer by the U.S. Probation Office in the Southern District of Indiana and has been so employed since 2005.  In the course of her duties, VICTIM 1 supervised the release of an offender ["OFFENDER 1"] who was placed under federal supervision following a conviction in the Southern District of Indiana. At the time of his federal supervision, OFFENDER 1 was the spouse of MORGAN. On or about August 24, 2011, OFFENDER 1 completed federal supervision and his case was terminated.

6.   Beginning in or about October 2018, VICTIM 1 began receiving calls and text messages from MORGAN. VICTIM 1 did not recall the exact date these call and messages began but started taking notes regarding these calls and messages in October 2018. VICTIM 1 has received so many calls that at times her voicemail became full, preventing VICTIM 1 from receiving additional voicemails. VICTIM 1 saved many voicemails but did not believe she saved all voicemails. VICTIM 1 has also received text messages from MORGAN.  The volume of voicemails left by MORGAN for VICTIM 1 has made VICTIM 1 feel scared, intimidated, and fearful for her safety.

7.   On or about March 16, 2021, MORGAN called VICTIM 1 at her office located in the Southern District of Indiana and left a voicemail.  In the call, MORGAN stated, in part, "I have a

driving while suspended on my record, and I'm going to have a murder charge on my record…" This voicemail was delivered to VICTIM 1 by the Cisco Unity Connection Messaging System. The phone number associated with the caller was 317-XXX-5057.

8. On or about March 19, 2021, MORGAN called VICTIM 1 at her office located in the Southern District of Indiana and left a voicemail. In the call, MORGAN stated, in part, "Hi (VICTIM 1), Tammy Morgan here again…"  This voicemail was delivered to VICTIM 1 by the Cisco Unity Connection Messaging System.  The phone number associated with the caller was 317-XXX-5057.

9. On or about March 19, 2021, MORGAN called VICTIM 1 at her office located in the Southern District of Indiana and left a voicemail. In the call, MORGAN stated, in part, "I begged you to get my kids safe. I don't need anybody else to talk to or to call cuz' I don't need no help. I'll fix me. I'm fine. I'm a survivor. Okay. But I'm going to hurt somebody and it's going to be the group…And I'm going to blow your fucking head off."  This voicemail was delivered to VICTIM 1 by the Cisco Unity Connection Messaging System.  The phone number associated with the caller was 317-XXX-5057.

10. On or about March 21, 2021, MORGAN called VICTIM 1 at her office located in the Southern District of Indiana and left a voicemail. In the call, MORGAN stated, in part, "Hey, it's Tammy…" This voicemail was delivered to VICTIM 1 by the Cisco Unity Connection Messaging System.  The phone number associated with the caller was 317-XXX-5057.

11. On or about May 27, 2021, the FBI National Threat Operations Center received a telephone call from 317-XXX-5057, the same number that MORGAN used to call VICTIM 1. During the call, the caller again identified herself as Tammy MORGAN.

12. On June 22, 2022, Chief Judge Tanya Walton Pratt issued an Order prohibiting MORGAN from entering the United States Courthouse.  In the Order, Chief Judge Pratt referenced a January 13, 2022, incident wherein MORGAN warned an employee, "You look scared, and you should be."  The Order also referenced a June 1, 2022, incident wherein MORGAN informed another court employee that "somebody's going to get hurt."  According to the same Order, on four occasions MORGAN attempted to enter the United States Courthouse with a prohibited weapon, specifically a pocketknife.

13. On July 14, 2022, MORGAN approached a U.S. Probation Officer as she walked to her parked vehicle on New York Street.  MORGAN asked the U.S. Probation Officer if she worked for Probation. MORGAN then asked if VICTIM 1 was at the office. The U.S. Probation Officer tried to deflect and not answer.  It was at this time the U.S. Probation Office realized the individual asking questions was Tammy MORGAN.  MORGAN was banned from entering the U.S. Federal Courthouse. MORGAN told the U.S. Probation Officer, in summary, that VICTIM 1 was responsible for MORGAN taking her family. MORGAN accused VICTIM 1 of trying to intercept motions MORGAN filed with the court. MORGAN told the U.S. Probation Officer she wanted justice.

14. On or about August 22, 2022, MORGAN left a note on the vehicle of a U.S. Probation Officer. The note read, "I lost my everything because of [VICTIM 1] U.S. Federal Agent. I was played for 20 years by her and her ex. She lied and stole my children and our money I want justice."

15. On September 2, 2022, your Affiant interviewed VICTIM 1. MORGAN's calls and text messages have left VICTIM 1 scared for her safety and the safety of other courthouse employees. MORGAN's presence at the United States Federal Courthouse after she been prohibited from

entering the building has also left VICTIM 1 scared for her safety. VICTIM 1 believed MORGAN to be capable of hurting VICTIM 1.

16. On September 6, 2022, your Affiant interviewed Dustin Albright, Information Technology Director for the Southern District of Indiana. Albright stated that voicemails to U.S. Probation Office desk lines were handled by the Cisco Unity Connection Messaging System. These voicemails are processed on computer servers in Ashburn, Virginia and San Diego, California. Therefore all the voice messages left by MORGAN to VICTIM 1, is an interstate communication.

## CONCLUSION

17. Based on the information detailed above, I believe there is probable cause to believe MORGAN violated Title 18 United States Code §§ 115(a)(1)(B) and 875(c) on or about March 19, 2021, when MORGAN left VICTIM 1 a voicemail that stated, in part, "I'm going to blow your fucking head off."

18. I respectfully request the Court to issue a criminal complaint and arrest warrant charging MORGAN with Title 18 United States Code §§ 115(a)(1)(B) and 875(c).

/s/ **Benjamin M. LaBuz**
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by telephone.

Date: 9/20/2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana